**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Charles R. Knuckles,
  Petitioner

v.        Case No. 1:08-cv-611

Sheriff Jones, Butler County
Sheriff's Department,
  Respondent

# ORDER

  This matter is before the Court on the Magistrate Judge's Report and Recommendation filed October 29, 2008 (Doc. 6).

  Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

  Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

  Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. Petitioner's petition for writ of habeas corpus is **DISMISSED** for lack of prosecution.

Date: November 19, 2008      s/Sandra S. Beckwith
                Sandra S. Beckwith, Chief Judge
                United States District Judge